Janet Pleskow, Respondent, v. Morris Pleskow, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

T. D. Downing & Co., Inc., Respondent, v. Lawrence R. Fay, Defendant, Impleaded with Daniel McLaren, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the original papers were wholly lacking in the necessary jurisdictional facts to justify the granting of the warrant of attachment. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Maria De Falco, as Ancillary Administratrix, etc., of Dominico De Falco, Respondent, v. Commonwealth Bank, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Maria De Falco, as Ancillary Administratrix, etc., of Dominico De Falco, Respondent, v. Commonwealth Bank, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Douglas S. Thropp, Respondent, v. J. Bradford Erb and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Samuel Tash, Appellant, v. Pilgrim Rubber Corporation, a Foreign Corporation, Defendant. Louis Fain, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Rae Weiss v. Annie Senate, Also Known as Anne Senate, and Others, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Frederick Bach v. George Krug.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Julia Stack v. Central Union Gas Company, Sued Herein as Central Union Gas Co.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Edward Berrie and Others v. George P. Berrie.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Edna Weinstein v. Ken-Wel Sporting Goods Co., Inc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Harry Vaughan v. The City of New York.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Amelia Zipser, on Behalf of Herself and All Other Stockholders Similarly Situated, v. Prospect Supply Company, Inc., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed so that appeal can be argued or submitted on the 7th day of June, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of Mike Turdo against United Cement